453 P.2d 219

**John E. DRUM, Petitioner,**

v.

**The Honorable John B. McMANUS, Jr., District Judge in and for the County of Bernalillo, Second Judicial District, Respondent.**

No. 8813.

Supreme Court of New Mexico.

March 21, 1969.

NOBLE, Chief Justice and MOISE, COMPTON and CARMODY, Justices, concurring.

TACKETT, Justice, being absent and not participating.

Ordered that the petition for alternative writ of mandamus be and the same is hereby denied.

453 P.2d 219

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Orlando Enrique LEYBA, Defendant-Appellant.**

No. 8818.

Supreme Court of New Mexico.

April 7, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 230, 80 N.M. 190, 453 P.2d 211 be and the same is hereby returned to the Clerk of the Court of Appeals.

453 P.2d 219

**Thomas Daniel MILLER, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 8822.

Supreme Court of New Mexico.

April 22, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 235, 80 N.M. 227, 453 P.2d 590, be and the same is hereby returned to the Clerk of the Court of Appeals.